## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Donald Nikoleyczik aka Jeffrey Nikoleyczik, aka Jeffrey D. Nikoleyczik | CHAPTER 13 |
|      Lori Ann Nikoleyczik aka Lori Triano, aka Lori A. Triano, aka Lori A. Nikoleyczik, aka Lori A. Trovato, aka Lori Nikoleyzcik, aka Loriann Georges, aka Lori A. Georges, aka Loriann A. Trovato, aka Lori Trovato, aka Lori Ann Trovato, aka Lori Georges | BKY. NO. 16-17350 REF |
|                  Debtors | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc.  , as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5014

                                  Respectfully submitted,

                                  **/s/Denise Carlon, Esquire**
                                  Denise Carlon, Esquire
                                  Thomas Puleo, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406