# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **JEFFREY DONALD NIKOLEYCZIK,** aka | : | Chapter 13 Bankruptcy |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Triano, aka Lori A. Nikoleyczik, aka | : | |
| Lori A. Trovato, aka Lori Nikoleyczik, aka | : | |
| Lori Triano, aka Loriann Georges, aka | : | |
| Lori Georges, aka Lori A. Georges, aka | : | |
| Loriann A. Trovato, aka Lori Trovato, aka | : | |
| Lori Ann Trovato, | : | |
| Debtors, | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, attorney for **JEFFREY DONALD NIKOLEYCZIK** and **LORI ANN NIKOLEYCZIK**, do hereby certify that true and correct copies of the foregoing **Notice of Chapter 13 Bankruptcy Case** have been served on **December 27, 2016**, upon those listed below in the indicated manner:

| Name and Address | Mode of Service |
|---|---|
| Officer, Managing or General Agent, or Agent Authorized to Receive Service of Process Nelnet Claims PO Box 82505 Lincoln, NE 68501-2505 | Regular First Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  **December 27, 2016**          /s/ J. Zac Christman
                                        J. Zac Christman, Esquire