Certificate Number: 12433-PAE-DE-028548873

Bankruptcy Case Number: 16-17350



12433-PAE-DE-028548873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2016, at 5:45 o'clock PM EST, Lori A. Nikoleyczik completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 29, 2016             By:    /s/Laura Gannon

Name:  Laura Gannon

Title:   Teacher