## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges, aka Loriann Georges, aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

| | | |
|---|---|---|
| **JEFFREY DONALD NIKOLEYCZIK** and | : | |
| **LORI ANN NIKOLEYCZIK**, | : | |
| Movants, | : | Motion to Approve |
| v. | : | Loan Modification |
| **HOMEBRIDGE FINANCIAL SERVICES, INC.,** | : | |
| Respondent. | : | |

### ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

Upon consideration of Debtors' Motion to Approve Loan Modification, it is hereby ORDERED that Debtors are hereby AUTHORIZED to enter into a Loan Modification Agreement with regard to the first lien priority mortgage held and/or serviced by **HOMEBRIDGE FINANCIAL SERVICES, INC.,** secured by her residence at **2346 Main Street, Northampton, PA 18067**, on substantially the terms outlined in the Motion to Approve Loan Modification. It is further ORDERED that the first mortgage held and/or serviced by **HOMEBRIDGE FINANCIAL SERVICES, INC.,** shall retain its first lien priority status. A copy of this Order may be filed with the Recorder of Deeds of and for the relevant County for this purpose.

**Date: May 9, 2017**

_____
Richard E. Fehling, Bankruptcy Judge