United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Donald Nikoleyczik  
Lori Ann Nikoleyczik  
       Debtors

Case No. 16-17350-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: Cathleen   Page 1 of 1   Date Rcvd: May 09, 2017  
                      Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.
db/jdb       Jeffrey Donald Nikoleyczik,   Lori Ann Nikoleyczik,   2346 Main Street,    Northampton, PA 18067-1101
13873375     +Homebridge Financial Services, Inc.,   Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
        DENISE ELIZABETH CARLON   on behalf of Creditor   HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        J. ZAC CHRISTMAN   on behalf of Debtor Jeffrey Donald Nikoleyczik jchristman@newmanwilliams.com, epotito@newmanwilliams.com;mdaniels@newmanwilliams.com
        J. ZAC CHRISTMAN   on behalf of Joint Debtor Lori Ann Nikoleyczik jchristman@newmanwilliams.com, epotito@newmanwilliams.com;mdaniels@newmanwilliams.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                          TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges, aka Loriann Georges, aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

| | | |
|---|---|---|
| **JEFFREY DONALD NIKOLEYCZIK** and | : | |
| **LORI ANN NIKOLEYCZIK**, | : | |
| Movants, | : | Motion to Approve |
| v. | : | Loan Modification |
| **HOMEBRIDGE FINANCIAL SERVICES, INC.,** | : | |
| Respondent. | : | |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

Upon consideration of Debtors' Motion to Approve Loan Modification, it is hereby ORDERED that Debtors are hereby AUTHORIZED to enter into a Loan Modification Agreement with regard to the first lien priority mortgage held and/or serviced by **HOMEBRIDGE FINANCIAL SERVICES, INC.,** secured by her residence at **2346 Main Street, Northampton, PA 18067**, on substantially the terms outlined in the Motion to Approve Loan Modification. It is further ORDERED that the first mortgage held and/or serviced by **HOMEBRIDGE FINANCIAL SERVICES, INC.,** shall retain its first lien priority status. A copy of this Order may be filed with the Recorder of Deeds of and for the relevant County for this purpose.

**Date: May 9, 2017**

_____
Richard E. Fehling, Bankruptcy Judge