United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Donald Nikoleyczik  
Lori Ann Nikoleyczik  
    Debtors

Case No. 16-17350-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: May 11, 2017  
                         Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
db/jdb       Jeffrey Donald Nikoleyczik,    Lori Ann Nikoleyczik,    2346 Main Street,    Northampton, PA   18067-1101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:  
       DENISE ELIZABETH CARLON    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       J. ZAC CHRISTMAN    on behalf of Debtor Jeffrey Donald Nikoleyczik jchristman@newmanwilliams.com, epotito@newmanwilliams.com;mdaniels@newmanwilliams.com  
       J. ZAC CHRISTMAN    on behalf of Joint Debtor Lori Ann Nikoleyczik jchristman@newmanwilliams.com, epotito@newmanwilliams.com;mdaniels@newmanwilliams.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey Donald Nikoleyczik and Lori Ann Nikoleyczik

   Debtor(s)

Chapter: 13

Bankruptcy No: 16−17350−ref

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

 AND NOW, this May 11, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

 A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

 C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

      Richard E. Fehling
      Judge ,
      United States Bankruptcy Court

35
Form 155