United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Donald Nikoleyczik  
Lori Ann Nikoleyczik  
      Debtors

Case No. 16-17350-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Oct 18, 2017  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
13847037      +PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON   on behalf of Creditor   HomeBridge Financial Services, Inc.  
         bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        J. ZAC CHRISTMAN   on behalf of Debtor Jeffrey Donald Nikoleyczik jchristman@newmanwilliams.com,  
         epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail.com  
        J. ZAC CHRISTMAN   on behalf of Joint Debtor Lori Ann Nikoleyczik jchristman@newmanwilliams.com,  
         epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                           TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17350-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeffrey Donald Nikoleyczik<br>2346 Main Street<br>Northampton PA 18067-1101 | Lori Ann Nikoleyczik<br>2346 Main Street<br>Northampton PA 18067-1101 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/18/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: PHEAA, PO Box 8147, Harrisburg PA 17105 | ECMC<br>PO BOX 16408<br>St. Paul, MN 55116 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/20/17

Tim McGrath
**CLERK OF THE COURT**