IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JEFFREY DONALD NIKOLEYCZIK, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and | : | |
| LORI ANN NIKOLEYCZIK, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges, aka Loriann Georges, aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

## ORDER GRANTING
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTORS

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors hereby APPROVED, and Compensation of **$4,000** for pre-confirmation services is hereby awarded to Attorneys for Debtors as an administrative claim. It is further ORDERED that the Trustee be and is hereby authorized to distribute $4,000 to NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.

2/15/18

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE