IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  **JEFFREY DONALD NIKOLEYCZIK**, aka<br>Jeffrey D. Nikoleyczik, aka<br>Jeffrey Nikoleyczik, and<br>**LORI ANN NIKOLEYCZIK**, aka<br>Lori A. Nikoleyczik, aka<br>Lori Nikoleyczik, aka Lori A. Georges, aka<br>Lori Georges, aka Loriann Georges, aka<br>Lori Ann Trovato, aka Lori A. Trovato, aka<br>Lori Trovato, aka Lori A. Triano, aka<br>Lori A. Trovato, aka Lori Triano,<br>                    Debtors | Chapter 13<br>Case No. **16-17350-ref** |

**ORDER GRANTING**
**SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTORS**
**FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby APPROVED, and Compensation of **$ 1,000** for post-confirmation services is hereby awarded to Attorneys for Debtors as an administrative claim. It is further ORDERED that the Trustee be and is hereby authorized to distribute $1,000 to NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.

2/15/18

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE