## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| JEFFREY DONALD NIKOLEYCZIK | : | CASE NO. 16-17350-ref |
| and LORI ANN NIKOLEYCZIK, | : | |
| Debtors | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

M&T Bank has filed with the Court a Motion for Relief from Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 1, 2018, you or your attorney must do <u>all</u> of the following:

(a)      file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
The Madison Building
400 Washington Street
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the movant's attorney:

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Phone (610) 797-9000
Fax (610) 797-6663

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge on **March 8, 2018 at 9:30 a.m.** in Courtroom No. 1 in the United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   February 15, 2018

DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
Telephone (610) 797-9000
Telefax (610) 797-6663

By:___*/s/ Douglas J. Smillie*_____
        Attorney for Movantw