United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey Donald Nikoleyczik
Lori Ann Nikoleyczik
    Debtors

Case No. 16-17350-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Feb 15, 2018
                        Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
```
db/jdb         Jeffrey Donald Nikoleyczik,    Lori Ann Nikoleyczik,    2346 Main Street,
                 Northampton, PA  18067-1101
aty           +JOHN FISHER,    126 South Main Street,    Pittston, PA 18640-1741
cr             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr            +ESSA Bank & Trust,    1065 Highway 315,    Wilkes-Barre, PA 18702-6941
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2018 01:53:21
                Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
```
                                                                                                       TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              J. ZAC CHRISTMAN    on behalf of Debtor Jeffrey Donald Nikoleyczik jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
               .com
              J. ZAC CHRISTMAN    on behalf of Joint Debtor Lori Ann Nikoleyczik jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
               .com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | JEFFREY DONALD NIKOLEYCZIK, aka : | Chapter 13 |
| | Jeffrey D. Nikoleyczik, aka : | Case No. **16-17350-ref** |
| | Jeffrey Nikoleyczik, and : | |
| | **LORI ANN NIKOLEYCZIK**, aka : | |
| | Lori A. Nikoleyczik, aka : | |
| | Lori Nikoleyczik, aka Lori A. Georges, aka : | |
| | Lori Georges, aka Loriann Georges, aka : | |
| | Lori Ann Trovato, aka Lori A. Trovato, aka : | |
| | Lori Trovato, aka Lori A. Triano, aka : | |
| | Lori A. Trovato, aka Lori Triano, : | |
| | Debtors : | |

## ORDER GRANTING
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## OF ATTORNEYS FOR DEBTORS

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors hereby APPROVED, and Compensation of **$4,000** for pre-confirmation services is hereby awarded to Attorneys for Debtors as an administrative claim. It is further ORDERED that the Trustee be and is hereby authorized to distribute $4,000 to NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.

2/15/18

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE