**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and : | |
| **LORI ANN NIKOLEYCZIK**, aka : | |
| Lori A. Nikoleyczik, aka : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka : | |
| Lori Georges, aka Loriann Georges, aka : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka : | |
| Lori Trovato, aka Lori A. Triano, aka : | |
| Lori A. Trovato, aka Lori Triano, : | |
| Debtors : | |

| | | |
|---|---|---|
| **M&T BANK**, : | |
| Movant : | Motion for |
| v. : | Relief from Stay |
| **JEFFREY DONALD NIKOLEYCZIK**, : | |
| **LORI ANN NIKOLEYCZIK,** and : | |
| **FREDERICK L. REIGLE, TRUSTEE**, : | |
| Respondents : | |

**ORDER APPROVING STIPULATION TO RESOLVE MOTION OF**
**M&T BANK FOR RELIEF FROM STAY & MOTION TO MODIFY PLAN**

AND NOW, upon consideration of the **Stipulation to Resolve Motion of M&T Bank for Relief from Stay & Motion to Modify Plan** between **M&T BANK** and **JEFFREY DONALD NIKOLEYCZIK** and **LORI ANN NIKOLEYCZIK** with regard to Proof of Claim No. 2, a 2013 Kia Sorrento motor vehicle, and Debtors' pending Motion to Modify Plan, it is hereby ORDERED that the **Stipulation to Resolve Motion of M&T Bank for Relief from Stay & Motion to Modify Plan** be and is hereby APPROVED and ADOPTED as an ORDER of this Court.

**Date: April 6, 2018**

_____
**RICHARD E. FEHLING, BANKRUPTCY JUDGE**