United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Donald Nikoleyczik  
Lori Ann Nikoleyczik  
    Debtors

Case No. 16-17350-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Apr 06, 2018  
                   Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
```
db/jdb         Jeffrey Donald Nikoleyczik,    Lori Ann Nikoleyczik,    2346 Main Street,
                 Northampton, PA 18067-1101
cr             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr            +ESSA Bank & Trust,    1065 Highway 315,    Wilkes-Barre, PA 18702-6941
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com Apr 07 2018 01:31:56      M&T Bank,    PO Box 767,
                 Buffalo, NY 14240-0767
cr             +E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2018 01:31:58
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,    ccharlton@flblaw.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              J. ZAC CHRISTMAN    on behalf of Debtor Jeffrey Donald Nikoleyczik jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
               l.com
              J. ZAC CHRISTMAN    on behalf of Joint Debtor Lori Ann Nikoleyczik jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
               l.com
              JOHN FISHER    on behalf of Creditor    ESSA Bank & Trust fisherlawoffice@yahoo.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **JEFFREY DONALD NIKOLEYCZIK**, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges,  aka Loriann Georges,  aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

| | | |
|---|---|---|
| **M&T BANK,** | : | |
| Movant | : | Motion for |
| v. | : | Relief from Stay |
| **JEFFREY DONALD NIKOLEYCZIK,** | : | |
| **LORI ANN NIKOLEYCZIK,** and | : | |
| **FREDERICK L. REIGLE, TRUSTEE,** | : | |
| Respondents | : | |

**ORDER APPROVING STIPULATION TO RESOLVE MOTION OF
M&T BANK FOR RELIEF FROM STAY & MOTION TO MODIFY PLAN**

AND NOW, upon consideration of the **Stipulation to Resolve Motion of M&T Bank for Relief from Stay & Motion to Modify Plan** between **M&T BANK** and **JEFFREY DONALD NIKOLEYCZIK** and **LORI ANN NIKOLEYCZIK** with regard to Proof of Claim No. 2, a 2013 Kia Sorrento motor vehicle, and Debtors' pending Motion to Modify Plan, it is hereby ORDERED that the **Stipulation to Resolve Motion of M&T Bank for Relief from Stay & Motion to Modify Plan** be and is hereby APPROVED and ADOPTED as an ORDER of this Court.

Date: April 6, 2018

_____
**RICHARD E. FEHLING, BANKRUPTCY JUDGE**