**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **JEFFREY DONALD NIKOLEYCZIK**, aka    :   Chapter 13
Jeffrey D. Nikoleyczik, aka                :   Case No. **16-17350-ref**
Jeffrey Nikoleyczik, and                   :
**LORI ANN NIKOLEYCZIK**, aka         :
Lori A. Nikoleyczik, aka                  :
Lori Nikoleyczik, aka Lori A. Georges, aka :
Lori Georges,  aka Loriann Georges,  aka   :
Lori Ann Trovato, aka Lori A. Trovato, aka :
Lori Trovato, aka Lori A. Triano, aka      :
Lori A. Trovato, aka Lori Triano,        :
                           Debtors     :

## PRAECIPE TO WITHDRAW MOTION TO MODIFY CONFIRMED PLAN

TO THE CLERK:

Please kindly withdraw the above-captioned Motion to Modify Confirmed Plan filed January

12, 2018. The Motion is mooted by the pending Second Motion to Modify Confirmed Plan filed

May 10, 2018.

                                 **NEWMAN, WILLIAMS, MISHKIN,**
                                 **CORVELEYN, WOLFE & FARERI, P.C.**

                     By: _/s/ J. Zac Christman_____
                          **J. ZAC CHRISTMAN, ESQUIRE**
                          Attorney for Debtors
                          PO Box 511, 712 Monroe Street
                          Stroudsburg, PA 18360
                          (570) 421-9090; fax (570) 424-9739
                          jchristman@newmanwilliams.com