# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-ref** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges, aka Loriann Georges, aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

## ORDER GRANTING SECOND MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of Debtors' Second Motion to Modify Confirmed Plan, Debtors' Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtors' Second Motion to Modify Confirmed Plan is GRANTED. It is further **ORDERED** that the amendments in the Third Amended Chapter 13 Plan filed in conjunction with Debtors' Second Motion to Modify Confirmed Plan are hereby APPROVED, and Debtors' Third Amended Chapter 13 Plan is hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.

**Date: June 5, 2018**

**RICHARD E. FEHLING, BANKRUPTCY JUDGE**