United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey Donald Nikoleyczik
Lori Ann Nikoleyczik
    Debtors

Case No. 16-17350-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Jun 05, 2018
                    Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
db/jdb        Jeffrey Donald Nikoleyczik,   Lori Ann Nikoleyczik,   2346 Main Street,
          Northampton, PA 18067-1101
cr           ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr          +ESSA Bank & Trust,   1065 Highway 315,   Wilkes-Barre, PA 18702-6941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: camanagement@mtb.com Jun 06 2018 02:27:26     M&T Bank,   PO Box 767,
          Buffalo, NY 14240-0767
cr          +E-mail/Text: bnc-quantum@quantum3group.com Jun 06 2018 02:27:27
          Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                                    TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
          DENISE ELIZABETH CARLON   on behalf of Creditor   HomeBridge Financial Services, Inc.
          bkgroup@kmllawgroup.com
          DOUGLAS J. SMILLIE   on behalf of Creditor   M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          J. ZAC CHRISTMAN   on behalf of Debtor Jeffrey Donald Nikoleyczik jchristman@newmanwilliams.com,
          epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com
          J. ZAC CHRISTMAN   on behalf of Joint Debtor Lori Ann Nikoleyczik jchristman@newmanwilliams.com,
          epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com
          JOHN FISHER   on behalf of Creditor   ESSA Bank & Trust fisherlawoffice@yahoo.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   HomeBridge Financial Services, Inc.
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   HomeBridge Financial Services, Inc.
          bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
          RRamos-Cardona@fredreiglech13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | **JEFFREY DONALD NIKOLEYCZIK**, aka : | Chapter 13 |
| | Jeffrey D. Nikoleyczik, aka : | Case No. **16-17350-ref** |
| | Jeffrey Nikoleyczik, and : | |
| | **LORI ANN NIKOLEYCZIK**, aka : | |
| | Lori A. Nikoleyczik, aka : | |
| | Lori Nikoleyczik, aka Lori A. Georges, aka : | |
| | Lori Georges,  aka Loriann Georges,  aka : | |
| | Lori Ann Trovato, aka Lori A. Trovato, aka : | |
| | Lori Trovato, aka Lori A. Triano, aka : | |
| | Lori A. Trovato, aka Lori Triano, : | |
| | Debtors : | |

## ORDER GRANTING SECOND MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of Debtors' Second Motion to Modify Confirmed Plan, Debtors' Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtors' Second Motion to Modify Confirmed Plan is GRANTED.  It is further **ORDERED** that the amendments in the Third Amended Chapter 13 Plan filed in conjunction with Debtors' Second Motion to Modify Confirmed Plan are hereby APPROVED, and Debtors' Third Amended Chapter 13 Plan is hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.

**Date: June 5, 2018**

_____
**RICHARD E. FEHLING, BANKRUPTCY JUDGE**