United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Donald Nikoleyczik  
Lori Ann Nikoleyczik  
    Debtors

Case No. 16-17350-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13865436       +E-mail/Text: bncmail@w-legal.com Apr 11 2019 02:37:59      COMENITY CAPITAL BANK,  
        C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132  
                                                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         bkgroup@kmllawgroup.com  
        DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,    ccharlton@flblaw.com  
        J. ZAC CHRISTMAN    on behalf of Debtor Jeffrey Donald Nikoleyczik zac@fisherchristman.com,    office@fisherchristman.com  
        J. ZAC CHRISTMAN    on behalf of Joint Debtor Lori Ann Nikoleyczik zac@fisherchristman.com,    office@fisherchristman.com  
        JOHN FISHER    on behalf of Creditor    ESSA Bank & Trust fisherlawoffice@yahoo.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         bkgroup@kmllawgroup.com  
        ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE  
         RRamos-Cardona@fredreiglech13.com  
        SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17350-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey Donald Nikoleyczik
2346 Main Street
Northampton PA 18067-1101

Lori Ann Nikoleyczik
2346 Main Street
Northampton PA 18067-1101

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/09/2019.

Name and Address of Alleged Transferor(s):

Claim No. 15: COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/12/19

Tim McGrath
**CLERK OF THE COURT**