UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| | |
|---|---|
| IN RE:<br><br>**Jeffrey Donald Nikoleyczik**<br>*aka* **Jeffrey D. Nikoleyczik**<br>*aka* **Jeffrey Nikoleyczik**<br><br>**and**<br><br>**Lori Ann Nikoleyczik**<br>*aka* **Lori Triano**<br>*aka* **Lori A. Triano**<br>*aka* **Lori A. Nikoleyczik**<br>*aka* **Lori A. Trovato**<br>*aka* **Lori Nikoleyzcik**<br>*aka* **Loriann Georges**<br>*aka* **Lori A. Georges**<br>*aka* **Loriann A. Trovato**<br>*aka* **Lori Trovato**<br>*aka* **Lori Ann Trovato**<br>*aka* **Lori Georges**<br>       DEBTORS. | CHAPTER 13<br><br>CASE NO.: **16-17350-elf** |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez" ) a creditor to the above entitled Debtor by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

{Y0956255; 1}

>Michael J. Shavel, Esquire
>Hill Wallack LLP
>777 Township Line Road, Suite 250
>Yardley, PA 19067
>Telephone: (215)579-7700
>Facsimile: (215)579-9248
>Email: mshavel@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive NewRez's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NewRez is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 19, 2019

Hill Wallack LLP

By: */s/ Michael J. Shavel*
Michael J. Shavel, Esquire
777 Township Line Rd, Suite 250
Yardley, PA 19067
Telephone: (215)579-7700
Facsimile: (215)579-9248
Email: mshavel@hillwallack.com

Counsel to NewRez LLC d/b/a Shellpoint Mortgage Servicing

{Y0956255; 1}