**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-elf** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges,  aka Loriann Georges,  aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

**ORDER GRANTING**

**SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTORS
FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW, upon consideration of the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan is **GRANTED**.  It is further

**ORDERED** that Compensation of **$ 2,000** for post-confirmation services is hereby **ALLOWED** to Attorneys for Debtors as an administrative claim.

Date:  10/8/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**