United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17350-elf
Jeffrey Donald Nikoleyczik                                            Chapter 13
Lori Ann Nikoleyczik
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore            Page 1 of 2            Date Rcvd: Oct 08, 2019
                              Form ID: pdf900            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db/jdb         Jeffrey Donald Nikoleyczik,   Lori Ann Nikoleyczik,   2346 Main Street,
                 Northampton, PA 18067-1101
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr            +ESSA Bank & Trust,   1065 Highway 315,   Wilkes-Barre, PA 18702-6941
cr            +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
                 Greenville, SC 29603-0826
cr             New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC 29603-0675
cr            +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   c/o Michael J. Shavel Esquire,
                 Hill Wallack LLP,   777 Township Line Road,   Suite 250,   Yardley, PA 19067-5565
cr            +SYNCHRONY BANK,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2019 03:22:12
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 09 2019 03:22:18    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: camanagement@mtb.com Oct 09 2019 03:22:04    M&T Bank,   PO Box 767,
                 Buffalo, NY 14240-0767
cr            +E-mail/Text: bnc-quantum@quantum3group.com Oct 09 2019 03:22:06
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              J. ZAC CHRISTMAN    on behalf of Debtor Jeffrey Donald Nikoleyczik zac@fisherchristman.com,
               office@fisherchristman.com
              J. ZAC CHRISTMAN    on behalf of Joint Debtor Lori Ann Nikoleyczik zac@fisherchristman.com,
               office@fisherchristman.com
              JOHN FISHER    on behalf of Creditor    ESSA Bank & Trust fisherlawoffice@yahoo.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               mshavel@hillwallack.com, lharkins@hillwallack.com;jrydzewski@HillWallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: JEGilmore           Page 2 of 2              Date Rcvd: Oct 08, 2019
                              Form ID: pdf900           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka | : | Chapter 13 |
| Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-elf** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | |
| Lori A. Nikoleyczik, aka | : | |
| Lori Nikoleyczik, aka Lori A. Georges, aka | : | |
| Lori Georges, aka Loriann Georges, aka | : | |
| Lori Ann Trovato, aka Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka | : | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

**ORDER GRANTING**

**SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTORS**
**FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW, upon consideration of the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Second Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan is **GRANTED**.  It is further

**ORDERED** that Compensation of **$ 2,000** for post-confirmation services is hereby **ALLOWED** to Attorneys for Debtors as an administrative claim.

Date:  10/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**