**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | **JEFFREY DONALD NIKOLEYCZIK**, | : | Chapter **13** |
| | aka Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-pmm** |
| | Jeffrey Nikoleyczik, and | : | |
| | **LORI ANN NIKOLEYCZIK**, aka | : | Motion to Modify Plan |
| | Lori A. Nikoleyczik, aka | : | Hearing Date: **December 17, 2020, 11 am** |
| | Lori Nikoleyczik, aka Lori A. | : | 4th Floor Courtroom, The Gateway Building |
| | Georges, aka Lori Georges, aka | : | 201 Penn Street |
| | Loriann Georges, aka Lori Ann | : | Reading, PA 19601 |
| | Trovato, aka   Lori A. Trovato, aka | : | |
| | Lori Trovato, aka Lori A. Triano, aka: | | |
| | Lori A. Trovato, aka Lori Triano, | : | |
| | Debtors | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

FISHER CHRISTMAN, Attorneys for Debtor(s) **JEFFREY DONALD NIKOLEYCZIK** and **LORI ANN NIKOLEYCZIK** have filed **Fourth Motion to Modify Confirmed Plan** seeking to make a proposed **Fifth Amended Chapter 13 Plan** the Confirmed Plan, as Modified.

1. **Your rights may be affected.  You should read these papers carefully and and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion,** or if you want the court to consider your views on the Motion, then on or before **December 2, 2020  you or your attorney must file a response to the Motion.** *(See instructions on next page.)*

3. **A hearing on the Motion** is scheduled to be held on **December 17, 2020, at 11:00 a.m., in the 4th Floor Courtroom, The Gateway Building, 201 Penn Street, Reading, PA, 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Gateway Building,
    201 Penn Street, Suite 103
    Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice. (**December 2, 2020**)

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    FISHER CHRISTMAN

    By: /s/ J. Zac Christman
    J. ZAC CHRISTMAN, ESQUIRE
    Attorneys for Debtor(s)
    530 Main Street
    Stroudsburg, PA 18360
    (570) 234-3960; fax (570) 234-3975
    zac@fisherchristman.com

Date:    **November 11, 2020**