IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka Jeffrey D. Nikoleyczik, aka Jeffrey Nikoleyczik, and **LORI ANN NIKOLEYCZIK**, aka Lori A. Nikoleyczik, aka Lori Nikoleyczik, aka Lori A. Georges, aka Lori Georges, aka Loriann Georges, aka Lori Ann Trovato, aka Lori A. Trovato, aka Lori Trovato, aka Lori A. Triano, aka Lori A. Trovato, aka Lori Triano, Debtors | : : : : : : : : : : : : | Chapter **13**<br>Case No. **16-17350-pmm**<br><br>Application for<br>Compensation & Expenses |

## ORDER GRANTING

### THIRD SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTORS
<u>FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN</u>

AND NOW, upon consideration of the Third Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Third Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby APPROVED, and Compensation and Reimbursement of **$ 589.70** for post-confirmation services and expenses is hereby awarded to Attorneys for Debtors as an administrative claim. This amount may be paid by the chapter 13 Trustee, pursuant to the terms of the confirmed Plan.

Dated: 12/9/20

*Patricia M. Mayer*

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**