United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17350-pmm |
| Jeffrey Donald Nikoleyczik | Chapter 13 |
| Lori Ann Nikoleyczik | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jeffrey Donald Nikoleyczik, Lori Ann Nikoleyczik, 2346 Main Street, Northampton, PA 18067-1101 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | ESSA Bank & Trust, 1065 Highway 315, Wilkes-Barre, PA 18702-6941 |
| cr | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Michael J. Shavel Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| cr | + | SYNCHRONY BANK, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: camanagement@mtb.com | Dec 10 2020 03:37:00 | M&T Bank, PO Box 767, Buffalo, NY 14240-0767 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2020 03:37:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 User: Adminstra Page 2 of 2
Date Rcvd: Dec 09, 2020 Form ID: pdf900 Total Noticed: 16

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name**       **Email Address**

CHARLES GRIFFIN WOHLRAB
             on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

DENISE ELIZABETH CARLON
             on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
             on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com

J. ZAC CHRISTMAN
             on behalf of Debtor Jeffrey Donald Nikoleyczik zac@fisherchristman.com  office@fisherchristman.com

J. ZAC CHRISTMAN
             on behalf of Joint Debtor Lori Ann Nikoleyczik zac@fisherchristman.com  office@fisherchristman.com

JOHN FISHER
             on behalf of Creditor ESSA Bank & Trust fisherlawoffice@yahoo.com

LISA MARIE CIOTTI
             on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
             on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
             on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com
             skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
             on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
             on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
             ECFMail@ReadingCh13.com

United States Trustee
             USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **JEFFREY DONALD NIKOLEYCZIK**, aka Jeffrey D. Nikoleyczik, aka Jeffrey Nikoleyczik, and **LORI ANN NIKOLEYCZIK**, aka Lori A. Nikoleyczik, aka Lori Nikoleyczik, aka Lori A. Georges, aka Lori Georges, aka Loriann Georges, aka Lori Ann Trovato, aka    Lori A. Trovato, aka Lori Trovato, aka Lori A. Triano, aka: Lori A. Trovato, aka Lori Triano, Debtors | : : : : : : : : : : : | Chapter **13** Case No. **16-17350-pmm** Application for Compensation & Expenses |

**ORDER GRANTING**

**THIRD SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTORS
<u>FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN</u>**

AND NOW, upon consideration of the Third Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Third Supplemental Application for Compensation and Reimbursement of Expenses of Attorneys for Debtors for Services Performed after Confirmation of Chapter 13 Plan is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by Attorneys for Debtors hereby APPROVED, and Compensation and Reimbursement of **$ 589.70** for post-confirmation services and expenses is hereby awarded to Attorneys for Debtors as an administrative claim. This amount may be paid by the chapter 13 Trustee, pursuant to the terms of the confirmed Plan.

Dated: 12/9/20

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**