# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, | : | Chapter **13** |
| aka Jeffrey D. Nikoleyczik, aka | : | Case No. **16-17350-pmm** |
| Jeffrey Nikoleyczik, and | : | |
| **LORI ANN NIKOLEYCZIK**, aka | : | Motion to Modify Plan |
| Lori A. Nikoleyczik, aka | : | Hearing Date: **December 17, 2020, 11 am** |
| Lori Nikoleyczik, aka Lori A. | : | 4th Floor Courtroom, The Gateway Building |
| Georges, aka Lori Georges, aka | : | 201 Penn Street |
| Loriann Georges, aka Lori Ann | : | Reading, PA 19601 |
| Trovato, aka   Lori A. Trovato, aka | : | |
| Lori Trovato, aka Lori A. Triano, aka: | | |
| Lori A. Trovato, aka Lori Triano, | : | |
| Debtors | : | |

## ORDER GRANTING FOURTH MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of the Fourth Motion to Modify Confirmed Plan and Fifth Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby

**ORDERED** that the Fourth Motion to Modify Confirmed Plan is GRANTED.  It is further

**ORDERED** that the amendments in the Fifth Amended Chapter 13 Plan filed in conjunction with Fourth Motion to Modify Confirmed Plan are hereby APPROVED, and Debtors' Fifth Amended Chapter 13 Plan is hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.

**Date: December 17, 2020**

**PATRICIA M. MAYER, BANKRUPTCY JUDGE**