United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 16-17350-pmm
Jeffrey Donald Nikoleyczik                                                                              Chapter 13
Lori Ann Nikoleyczik
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jeffrey Donald Nikoleyczik, Lori Ann Nikoleyczik, 2346 Main Street, Northampton, PA 18067-1101 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | ESSA Bank & Trust, 1065 Highway 315, Wilkes-Barre, PA 18702-6941 |
| cr | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Michael J. Shavel Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| cr | + | SYNCHRONY BANK, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2020 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 18 2020 05:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: camanagement@mtb.com | Dec 18 2020 05:03:00 | M&T Bank, PO Box 767, Buffalo, NY 14240-0767 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2020 05:03:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 16 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

**Name**          **Email Address**

CHARLES GRIFFIN WOHLRAB
          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

DENISE ELIZABETH CARLON
          on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
          on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com

J. ZAC CHRISTMAN
          on behalf of Debtor Jeffrey Donald Nikoleyczik zac@fisherchristman.com  office@fisherchristman.com

J. ZAC CHRISTMAN
          on behalf of Joint Debtor Lori Ann Nikoleyczik zac@fisherchristman.com  office@fisherchristman.com

JOHN FISHER
          on behalf of Creditor ESSA Bank & Trust fisherlawoffice@yahoo.com

LISA MARIE CIOTTI
          on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
          on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com
          skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
          on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
          on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JEFFREY DONALD NIKOLEYCZIK**, aka Jeffrey D. Nikoleyczik, aka Jeffrey Nikoleyczik, and **LORI ANN NIKOLEYCZIK**, aka Lori A. Nikoleyczik, aka Lori Nikoleyczik, aka Lori A. Georges, aka Lori Georges, aka Loriann Georges, aka Lori Ann Trovato, aka Lori A. Trovato, aka Lori Trovato, aka Lori A. Triano, aka Lori A. Trovato, aka Lori Triano, Debtors | : : : : : : : : : : : : : | Chapter **13** Case No. **16-17350-pmm** Motion to Modify Plan Hearing Date: **December 17, 2020, 11 am** 4th Floor Courtroom, The Gateway Building 201 Penn Street Reading, PA 19601 |

## ORDER GRANTING FOURTH MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of the Fourth Motion to Modify Confirmed Plan and Fifth Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby

**ORDERED** that the Fourth Motion to Modify Confirmed Plan is GRANTED. It is further

**ORDERED** that the amendments in the Fifth Amended Chapter 13 Plan filed in conjunction with Fourth Motion to Modify Confirmed Plan are hereby APPROVED, and Debtors' Fifth Amended Chapter 13 Plan is hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.

**Date: December 17, 2020**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**