Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 16-17350-PMM

JEFFREY DONALD NIKOLEYCZIK  
LORI ANN NIKOLEYCZIK  
2346 MAIN STREET  
NORTHAMPTON  PA    18067-1101

Petition Filed Date: 10/19/2016  
341 Hearing Date: 11/29/2016  
Confirmation Date: 05/11/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $607.00 | | 03/09/2020 | $608.00 | | 04/06/2020 | $610.00 | |
| 06/02/2020 | $610.00 | | 07/13/2020 | $220.00 | | 10/30/2020 | $1,000.00 | |
| 01/11/2021 | $1,500.00 | | 02/23/2021 | $500.00 | | 04/26/2021 | $1,000.00 | |

**Total Receipts for the Period: $6,655.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,472.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $351.59 | $0.00 | $351.59 |
| 15 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $305.80 | $0.00 | $305.80 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $554.11 | $0.00 | $554.11 |
| 4 | QUANTUM3 GROUP LLC as agent for<br>»» 004 | Unsecured Creditors | $436.25 | $0.00 | $436.25 |
| 10 | EDUCATIONAL CREDIT MGMT CORP<br>»» 010 | Unsecured Creditors | $14,621.28 | $0.00 | $14,621.28 |
| 16 | FEDERAL LOAN SERVICING<br>»» 016 | Unsecured Creditors | $26,430.69 | $0.00 | $26,430.69 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $337.55 | $0.00 | $337.55 |
| 1 | HAMILTON LAW GROUP<br>»» 001 | Unsecured Creditors | $79.10 | $0.00 | $79.10 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Priority Crediors | $6,289.11 | $6,289.11 | $0.00 |
| 11 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 011 | Unsecured Creditors | $281.79 | $0.00 | $281.79 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,869.54 | $0.00 | $1,869.54 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $715.70 | $0.00 | $715.70 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,182.44 | $0.00 | $1,182.44 |
| 2 | M&T BANK<br>»» 2SB | Secured Creditors | $2,459.78 | $1,489.87 | $969.91 |
| 2 | M&T BANK<br>»» 02S | Secured Creditors | $625.00 | $378.57 | $246.43 |

**Chapter 13 Case No. 16-17350-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 2 | M&T BANK<br>»» 02U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $662.48 | $0.00 | $662.48 |
| 23 | PA DEPARTMENT OF REVENUE<br>»» 23P | Priority Crediors | $121.81 | $121.81 | $0.00 |
| 23 | PA DEPARTMENT OF REVENUE<br>»» 23U | Unsecured Creditors | $6.00 | $0.00 | $6.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $903.05 | $0.00 | $903.05 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $658.20 | $0.00 | $658.20 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $960.86 | $0.00 | $960.86 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,171.80 | $0.00 | $1,171.80 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $2,012.21 | $0.00 | $2,012.21 |
| 22 | NEWREZ LLC  D/B/A<br>»» 022 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 22 | NEWREZ LLC  D/B/A<br>»» 22B | Mortgage Arrears | $4,702.10 | $4,702.10 | $0.00 |
| 24 | NEWMAN WILLIAMS MISHKIN CORVELEYN<br>»» 024 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 25 | J ZAC CHRISTMAN ESQ<br>»» 025 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $589.70 | $589.70 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,472.00 | Current Monthly Payment: | $163.00 |
| Paid to Claims: | $20,571.16 | Arrearages: | ($2,859.00) |
| Paid to Trustee: | $1,900.84 | Total Plan Base: | $24,340.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.