United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17350-pmm |
| Jeffrey Donald Nikoleyczik | Chapter 13 |
| Lori Ann Nikoleyczik | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 06, 2021 | Form ID: 138OBJ | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jeffrey Donald Nikoleyczik, Lori Ann Nikoleyczik, 2346 Main Street, Northampton, PA 18067-1101 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13809964 | + | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 13809968 | | CH Hospital of Allentown, PO Box 826348, Philadelphia, PA 19182-6348 |
| 13809969 | + | CH Hospital of Allentown Clinic, c/o Penn Credit Corp, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 13846820 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13809967 | + | Cenlar Federal Savings & Loan, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13809974 | + | Dept of Ed TPD/Nelnet, PO Box 173904, Denver, CO 80217-3904 |
| 13999947 | + | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14044021 | + | ESSA Bank & Trust, c/o Joh Fisher, Esquire, 126 South Main Street, Pittston, PA 18640-1739 |
| 13809978 | + | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 13809979 | + | Focus Receivables Mgt, 1130 Northchase Pkwy SE, Ste 150, Marietta, GA 30067-6429 |
| 13809980 | + | Good Shepherd Rehab Hospital, 850 South 5th Street, Allentown, PA 18103-3295 |
| 13809981 | + | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 13873375 | + | Homebridge Financial Services, Inc., Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 13809985 | | Lehigh Valley Health Network, PO Box 4067, Allentown, PA 18105-4067 |
| 13809986 | + | Lehigh Valley Hospital, PO Box 4120, Allentown, PA 18105-4120 |
| 13828824 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 13809988 | + | MABT/ContFin, 121 Continental Dr, Suite 108, Newark, DE 19713-4326 |
| 13825539 | | Marzena Bieniek, MD, c/o Hamilton Law Group, PO BOX 90301, Allentown, PA 18109-0301 |
| 13809989 | + | Matthew A Berger, c/o Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 13809990 | | Medical Imaging of Lehigh Vly, PO Box 3226, Allentown, PA 18106-0226 |
| 13809991 | + | Merck U.S. Savings Plan, c/o Fidelity Investments Institu, 82 Devonshire Street, Boston, MA 02109-3605 |
| 13809992 | + | Merck U.S. Savings Plan, c/o Fideltiy Investments Institu, 82 Devonshire Street, Boston, MA 02109-3605 |
| 13841422 | | Nelnet, Claims PO Box 82505, Lincoln, NE 68501-2505 |
| 14239369 | + | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14392969 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Michael J. Shavel Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| 13809995 | | Northampton Chiro Ctr Inc, 5964 Nor Bath Blvd, Bath, PA 18014-8869 |
| 13809996 | + | Northland Group Inc, PO Box 390846, Minneapolis, MN 55439-0846 |
| 13809997 | + | PA Dept of Revenue, Bureau of Collections, PO Box 281041, Harrisburg, PA 17128-1041 |
| 13809998 | | PA E-ZPass, c/o Linebarger Goggan Blair Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 13847037 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 13810003 | + | TD Bank/Target Credit, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 13870611 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

District/off: 0313-4  User: admin  Page 2 of 4
Date Rcvd: Oct 06, 2021  Form ID: 138OBJ  Total Noticed: 67

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2021 23:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13838550 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 06 2021 23:34:29 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13865436 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2021 23:24:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13809965 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2021 23:23:47 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13809970 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 06 2021 23:34:35 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 13809971 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2021 23:24:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 13809972 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2021 23:24:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 13809973 | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2021 23:34:24 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13809975 | + Email/Text: EBNProcessing@afni.com | Oct 06 2021 23:24:00 | DirecTV, c/o Afni Inc, PO Box 3427, Bloomington, IL 61702-3427 |
| 13809977 | + Email/Text: collections@essabank.com | Oct 06 2021 23:24:00 | ESSA Bank & Trust, PO Box L, Stroudsburg, PA 18360-0160 |
| 13809982 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2021 23:24:00 | IRS, Centralized Insolvency Op, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13809984 | Email/Text: PBNCNotifications@peritusservices.com | Oct 06 2021 23:24:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13858921 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13846840 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13809987 | Email/Text: camanagement@mtb.com | Oct 06 2021 23:24:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 13855923 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2021 23:24:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13809993 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 06 2021 23:24:00 | Mid-America/Milestone/GFS, PO Box 4499, Beaverton, OR 97076-4499 |
| 13809994 | + Email/Text: Bankruptcies@nragroup.com | Oct 06 2021 23:24:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13870972 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2021 23:34:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13912235 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13809999 | + Email/Text: ebn@americollect.com | Oct 06 2021 23:24:00 | Progressive Phys Associates, c/o AmeriCollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 13835253 | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13849576 | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2021 23:24:00 | Quantum3 Group LLC as agent for, JH Portfolio |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13838645 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2021 23:24:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14304158 | + | Email/Text: bncmail@w-legal.com | Oct 06 2021 23:24:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13810000 | + | Email/Text: nailda@centralcreditaudit.com | Oct 06 2021 23:24:29 | Sacred Heart Hospital, c/o Central Credit Audit, 100 N 3rd St, Sunbury, PA 17801-2367 |
| 13810001 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 06 2021 23:24:00 | St Lukes University Hospital, c/o Berks Credit & Collections, 900 Corporat Dr, Reading, PA 19605-3340 |
| 13810002 | | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2021 23:23:51 | Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 13810004 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 06 2021 23:24:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13809966 | * | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13809983 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13809976 | ## | Diversified Consultants, PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| J. ZAC CHRISTMAN | on behalf of Debtor Jeffrey Donald Nikoleyczik zac@fisherchristman.com  office@fisherchristman.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Oct 06, 2021 | Form ID: 138OBJ | Total Noticed: 67

J. ZAC CHRISTMAN
    on behalf of Joint Debtor Lori Ann Nikoleyczik zac@fisherchristman.com office@fisherchristman.com

JOHN FISHER
    on behalf of Creditor ESSA Bank & Trust fisherlawoffice@yahoo.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com

REBECCA ANN SOLARZ
    on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey Donald Nikoleyczik and Lori Ann Nikoleyczik

    Debtor(s)

Case No: 16−17350−pmm

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/6/21

121 − 120
Form 138OBJ